UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Anna Vue Herr (a/k/a Hlao Herr) and
Leng Herr, on behalf of themselves and
their minor children A.H., C.H. and N.H.,

Plaintiffs,

v.

Bill Peterson, Carl Blad, Timothy Devick,
John Sheneman, Griffin Hillbo, Jeffery Kading,
Mark Kaspszak and Ricardo Muro, individually,
and in their capacities as Minneapolis Police
Officers; Terry Bean, Rick Palaia, Mary Jerde,
and Carrie Donarski, individually, and in their
capacities as Hennepin County Deputies;
Deputies/Officers Coopet, Burds, Sweitzer,
(first names unknown) individually, and in their
capacities as peace officers from unknown jurisdictions;
City of Minneapolis; Hennepin
County; and the Metro Gang Strike Force,

Defendants.

Civ. No. 09-2741 (RHK/FLN)

**ORDER**

---

Plaintiffs having informed the Court that they have settled their claims against the County Defendants in this action (as set forth below) and having filed a Stipulation of Dismissal as to those Defendants, **IT IS ORDERED** that (1) the settlement of the claims against the County Defendants is **APPROVED** pursuant to Minnesota Statutes § 466.08 and, as a result, (2) Plaintiffs' claims against the County Defendants (Metro Gang Strike Force, Hennepin County, and Hennepin County Deputies Terry Bean, Rick Palaia, Mary Jerde, Mike Jerde, Carrie Donarski, Jake Coopet, Brian Burds, and Brady Sweitzer) are

**DISMISSED WITH PREJUDICE**, on the merits and without costs or disbursements to any party.


Dated: October 25, 2010        s/Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge