✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Anna Vue Herr, Leng Herr

   V.

Bill Peterson, Carl Blad, Timothy Devick, John
Sheneman, Griffin Hillbo, Jeffrey Kading, Mark
Kaspszak, Ricardo Muro, City of Minneapolis

## JUDGMENT IN A CIVIL CASE

   Case Number:  09-2741 RHK/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the City Defendants" Motion for Summary Judgment is **GRANTED** and Plaintiffs" claims against these Defendants are **DISMISSED WITH PREJUDICE**.

| November 16, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)          A. Linner   Deputy Clerk |

C:\Documents and Settings\linner\Desktop\Blank Judgment Form.wpd                                                Form Modified:  09/16/04